IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.  Case Nos.:   3:13cr52/LAC/EMT
3:15cv517/LAC/EMT

JOHN W. RUDOLPH,
    Reg. No. 22069-017
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 25, 2018 (ECF No. 62).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The "Amended motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or

Correct Sentence by a Person in Federal Custody" (ECF No. 57), as further amended (ECF Nos. 60, 61), is **DENIED.**

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of August, 2018.

    *s/L.A. Collier*
    **LACEY A. COLLIER**
    **SENIOR UNITED STATES DISTRICT JUDGE**